# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

## MISC. NO.   14-120 - In re: Altair Engineering, Inc.

**Date of docketing:** February 6, 2014

A petition for writ of mandamus has been filed.

**Name of Petitioner(s):** Altair Engineering, Inc., SlickEdit Inc.

**Name of respondent(s),** if known: Uniloc Luxembourg S.A., Uniloc USA, Inc.

**Related action(s):** if known: United States District Court for the Eastern District of Texas  6:12-cv-806, 6:12-cv-814

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

**Attachments:**

- Official caption is reflected on the electronic docket

Counsel may download the Rules of Practice and required forms from www.cafc.uscourts.gov or call 202.275.8000 for a printed copy.

Daniel E. O'Toole
Clerk of Court


cc: United States District Court for the Eastern District of Texas
Marshall G. MacFarlane
Steven Nelson Williams