# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § § | CIVIL ACTION NO. 6:12-cv-806 Consolidated Lead Case CONSOLIDATED WITH 6:12CV814 |
| Plaintiffs, | § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| ALTAIR ENGINEERING, INC., | § § § | |
| Defendant. | § § | |

## ORDER

The Court has considered the Plaintiffs' and Defendant's Joint Stipulation of Dismissal of Defendant SlickEdit Inc. ("Stipulation") and is of the opinion that the Stipulation should be APPROVED.

Accordingly, it is ORDERED that

1. Any and all claims and/or counterclaims by both parties are dismissed with prejudice from the case.

2. Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. and Defendant SlickEdit Inc. shall each bear their own attorney's fees, expenses and costs.

3. Plaintiffs' complaint as to all other defendants is not impacted by this stipulation and dismissal.

**So ORDERED and SIGNED this 24th day of February, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**